RECEIVED
IN LAKE CHARLES, LA

APR 12 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| EDWARD RAY | : | DOCKET NO. 04-816 |
| VS. | : | JUDGE TRIMBLE |
| GLOBAL INDUSTRIES, LTD., ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the cross-motion for summary judgment (doc. #51) is hereby **GRANTED** in favor of Global Industries Offshore, LLC and Global Industries, Ltd. and against Kevin Gros Consulting & Marine Services, Inc. in the amount of **FOUR HUNDRED SIX THOUSAND, EIGHT HUNDRED NINETY-ONE AND 50/100 DOLLARS ($406,891.50).**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 12th day of April, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE