
RECEIVED
IN LAKE CHARLES, LA
MAY 24 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **EDWARD RAY** | : | CIVIL ACTION |
| **VERSUS** | : | NO. CV 04-0816 |
| **GLOBAL INDUSTRIES, LTD., et al** | : | JUDGE TRIMBLE<br>MAGISTRATE WILSON |

## AMENDED JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that the cross-motion for summary judgment (doc. #51) is hereby GRANTED in favor of Global Industries Offshore, LLC and Global Industries, Ltd. and against Kevin Gros Consulting & Marine Services, Inc. in the amount of FOUR HUNDRED SIX THOUSAND, EIGHT HUNDRED NINETY-ONE THOUSAND AND 50/100 DOLLARS ($406,891.50), plus pre-judgment interest in the amount of TWENTY-FOUR THOUSAND THREE HUNDRED NINETY-NINE AND 01/100 ($24,399.01) DOLLARS.

THUS DONE AND SIGNED at Lake Charles, Louisiana, this 24th day of May, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE